AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas

# United States District Court

FILED
*January 30, 2023*
Nathan Ochsner, Clerk of Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McAllen Division | |

UNITED STATES OF AMERICA

V.

**Maria Herica Aguilar**
YOB: 2000
COC: United States
Name and Address of Defendant

CRIMINAL COMPLAINT

Case Number: M-23-0147-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __January 29, 2023__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: [x] Yes [ ] No

**Approved by: Peter Brostowin**

Submitted by reliable electronic means, sworn to and attensted to telephonically per Fed.R.Cr.4.1., and probable cause found on:

**January 30, 2023** at 6:16 p.m.
Date
**J. Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

at

/s/ Nidia Trevino
Signature of Complainant
**Nidia Trevino**
Printed Name of Complainant
**McAllen, Texas**
City and State

Signature of Judicial Officer

Attachment "A"

On January 29, 2023, Defendant Maria Herica Aguilar attempted to bring three undocumented alien children (A.L.R., female, age 8, S.L.R., male, age 3, and L.D.G.Z. male, age 8) illegally into the United States at the Hidalgo Port of Entry (POE) by claiming the children were United States citizens. At vehicle primary, the defendant claimed two of the children were her cousins and the youngest was her child. The defendant presented birth certificates from the State of Ohio for each of the children. They were referred into secondary for further inspection.

In secondary, the defendant again claimed the children as relatives. Further inspection of the children revealed different names as those on the documentation presented by the defendant. When presented with this information, the defendant admitted that the documents did not belong to the children. She admitted that she obtained two documents from a relative and to also using her own son's birth certificate to facilitate the children's entry into the United States. Furthermore, the defendant claimed that although she did not know the children's names, she did know that they were citizens of Mexico.

The defendant claimed she was propositioned by the children's mother to bring the children to the United States, illegally. She agreed and transported the children from Reynosa, Mexico to the Hidalgo POE. The defendant claimed that she was to transport the children to an unknown location in McAllen and await further instructions once she made entry.

For her services, the defendant admitted that although she was not the recipient of the money, she had made arrangements for payment through a friend who had received $1,700 dollars through the banking application, Zelle. She claimed that her friend had yet to provide her with the money as agreed and that she was to be compensated an additional $3,000 dollars once they arrived at their destination.

Database queries on all children revealed they did not have legal status to enter the United States.